## JOHN F. COAD ET AL. V. ELLEN T. BARRY.

### FILED DECEMBER 8, 1898.   No. 8437.

Bill of Exceptions: AUTHENTICATION: REVIEW.  A document attached to a transcript and purporting to be a bill of exceptions cannot be considered unless it be authenticated as such according to the requirement of the statute, by the certificate of the clerk of the district court.

ERROR from the district court of Douglas county. Tried below before FERGUSON, J.  *Affirmed.*

*Martin Langdon,* for plaintiffs in error.

*T. J. Mahoney, Mahoney & Smyth,* and *Chas. W. Haller, contra.*

IRVINE, C.

The assignments of error in this case, at least so far as attention is called thereto in the briefs, relate to the sufficiency of the evidence, rulings on the admission thereof, and to the giving and refusal of instructions with regard to which their applicability to the evidence is a material factor.  All these questions demand for their consideration an examination of the evidence.  The document following the transcript and purporting to be a bill of exceptions is not authenticated by the clerk's certificate, and must therefore be disregarded.

AFFIRMED.